AARON R. MAURICE, ESQ.
Nevada Bar No. 6412
BRITTANY WOOD, ESQ.
Nevada Bar No. 7562
**MAURICE WOOD**
9525 Hillwood Drive, Suite 140
Las Vegas, Nevada 89134
Telephone: (702) 463-7616
Facsimile: (702) 463-6224
E-Mail:   amaurice@mauricewood.com
          bwood@mauricewood.com

Attorneys for Plaintiff,
GW GRUNDBESITZ AG

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GW GRUNDBESITZ AG, a corporation organized under the laws of the Swiss Confederation,<br><br>Plaintiff,<br><br>vs.<br><br>A. INVESTMENTS, LLC, a dissolved Nevada limited liability company; LEZLIE GUNN, an individual, as trustee for A. INVESTMENTS, LLC,<br><br>Defendants. | Case No.   2:20-cv-00572-JAD-BNW<br><br>**STIPULATION AUTHORIZING DEFENDANTS TO FILE AN AMENDED ANSWER** |

IT IS HEREBY STIPULATED by and between Plaintiff, GW Grundbesitz AG, and Defendants, A. Investments LLC and Lezlie Gunn, through their respective counsel, that Defendants shall have until September 11, 2020, to file an amended answer to Plaintiff's Complaint.

///

///

///

///

///

///

///

(10636-1)                           Page 1 of 2

Plaintiff consents to the amendment pursuant to Fed. R. Civ. P. 15(a)(2).

DATED this 31st day of August, 2020.   DATED this 31st day of August, 2020.

**MAURICE WOOD**   **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

*/s/ Aaron R. Maurice*   */s/ Chad C. Butterfield*
AARON R. MAURICE, ESQ.   CHAD C. BUTTERFIELD, ESQ.
Nevada Bar No. 6412   Nevada Bar No. 010532
BRITTANY WOOD, ESQ.   HARRY V. PEETRIS,, ESQ.
Nevada Bar No. 7562   Nevada Bar No. 006448
9525 Hillwood Drive, Suite 140   6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89134   Las Vegas, NV 89119

Attorneys for Plaintiff, GW GRUNDBESITZ AG   Attorneys for Defendants A. Investments, LLC and Lezlie Gunn

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

DATED: September 3, 2020