Chad C. Butterfield, Esq.
Nevada Bar No. 010532
Harry V. Peetris, Esq.
Nevada Bar No. 006448
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Chad.Butterfield@wilsonelser.com
Email: Harry.Peetris@wilsonelser.com
*Attorneys for Defendants
A. Investments, LLC and Lezlie Gunn,
Trustee for A. Investments, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GW GRUNDBESITZ AG, a corporation organized under the laws of the Swiss Confederation,<br><br>Plaintiff,<br><br>vs.<br><br>A. INVESTMENTS, LLC, a dissolved Nevada limited liability company; LEZLIE GUNN, an individual, as trustee for A. INVESTMENTS, LLC,<br><br>Defendants. | Case No. 2:20-cv-00572-JAD-BNW<br><br>**STIPULATION AND ORDER TO CONTINUE SCHEDULED DEADLINES**<br><br>**(First Request)**<br><br>ECF No. 20 |

Plaintiff GW Grundbesitz AG ("Plaintiff") and Defendants A. Investment, LLC and Lezlie Gunn, as trustee for A. Investments, LLC ("Defendants"), by and through their respective counsel of record, hereby submit this Stipulation and Order to Continue Scheduled Deadlines pursuant to LR IA 6-1 and LR 7-2. On November 30, 2020, Plaintiff filed a Motion for Summary Judgment (ECF No. 18). Defendants' response is currently due December 21, 2020.

Because of the counsels' respective schedules and the Christmas and New Year's holidays, Defendants respectfully requested additional time to prepare their response to Plaintiff's Motion for Summary Judgment. The parties have agreed to extend the deadline for Defendants to file their response to **January 15, 2021**.

The parties have also agreed to extend the deadline for Plaintiff to file its reply brief from the current deadline of January 4, 2021 to **February 5, 2021**.

| Event Deadline | Current Date | New Date |
|---|---|---|
| **Response to Plaintiff's Motion for Summary Judgment** | 12/21/20 | 01/15/21 |
| **Reply Brief In Support of Motion for Summary Judgment** | 01/04/21 | 02/05/21 |

DATED this 18th day of December, 2020.

MAURICE WOOD

By: /s/ Aaron R. Maurice
Aaron R. Maurice, Esq.
Nevada Bar No. 6412
Brittany Wood, Esq.
Nevada Bar No. 7562
Elizabeth E. Aronson, Esq.
Nevada Bar No. 14472
9225 Hillwood Drive, Suite 140
Las Vegas, Nevada 89134
*Attorneys for Plaintiff*
*GW Grundbesitz AG*

DATED this 18th day of December, 2020.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/ Harry v. Peetris
Chad C. Butterfield, Esq.
Nevada Bar No. 010532
Harry V. Peetris, Esq.
Nevada Bar No. 006448
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
*Attorneys for Defendants*
*A. Investments, LLC and Lezlie Gunn, Trustee for A. Investments, LLC*

**IT IS SO ORDERED**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 21, 2020