AARON R. MAURICE, ESQ.
Nevada Bar No. 6412
BRITTANY WOOD, ESQ.
Nevada Bar No. 7562
ELIZABETH E. ARONSON, ESQ.
Nevada Bar No. 14472
**MAURICE WOOD**
9525 Hillwood Drive, Suite 140
Las Vegas, Nevada 89134
Telephone: (702) 463-7616
Facsimile: (702) 463-6224
E-Mail: amaurice@mauricewood.com
bwood@mauricewood.com
earonson@mauricewood.com

Attorneys for Plaintiff,
GW GRUNDBESITZ AG

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GW GRUNDBESITZ AG, a corporation organized under the laws of the Swiss Confederation,<br><br>Plaintiff,<br><br>vs.<br><br>A. INVESTMENTS, LLC, a dissolved Nevada limited liability company; LEZLIE GUNN, an individual,<br><br>Defendants. | Case No. 2:20-CV-00572-JAD-BNW<br><br>**STIPULATION AND ORDER TO CONTINUE SCHEDULED DEADLINES**<br><br>**(First Request)**<br><br>ECF No. 26 |

Plaintiff GW Grundbesitz AG ("Plaintiff") and Defendants A. Investment, LLC and Lezlie Gunn, as trustee for A. Investments, LLC ("Defendants"), by and through their respective counsel of record, hereby submit this Stipulation and Order to Continue Scheduled Deadlines pursuant to LR IA 6-1 and LR 7-2.

On February 18, 2021, Defendants filed a Motion for Summary Judgment (ECF No. 25). Plaintiff's response is currently due March 11, 2021.

/ / /

/ / /

/ / /

(10636-1)  Page 1 of 2

Due to an illness in Plaintiff's counsel's office and a trial which is scheduled to commence on March 22, 2021, Plaintiff respectfully requests additional time to prepare its response to Defendants' Motion for Summary Judgment. The parties have agreed to extend the deadline for Plaintiff to file its Response to April 9, 2021. The parties have also agreed to extend the deadline for Defendants to file their Reply brief.

| Event Deadline | Current Date | New Date |
| --- | --- | --- |
| **Response to Defendants' Motion for Summary Judgment** | 03/11/21 | 04/09/21 |
| **Reply Brief in Support of Motion for Summary Judgment** | 04/23/21 | 05/07/21 |

This is the first request for an extension which is brought in good faith and not for purposes of delay.

DATED this 10th day of March, 2021.                                  DATED this 10th day of March, 2021.

      **MAURICE WOOD**                                                                    **WILSON, ELSER, MOSKOWITZ,**
                                                                                           **EDELMAN & DICKER LLP**

By:   */s/ Aaron R. Maurice*
       Aaron R. Maurice, Esq.                                      By:   */s/ Jonathan C. Pattillo*
       Nevada Bar No. 6412                                                     Chad C. Butterfield, Esq.
       Brittany Wood, Esq.                                                       Nevada Bar No. 010532
       Nevada Bar No. 7562                                                     Harry V. Peetris, Esq.
       Elizabeth E. Aronson, Esq.                                            Nevada Bar No. 006448
       Nevada Bar No. 14472                                                  Jonathan C. Pattillo
       9225 Hillwood Drive, Suite 140                                   Nevada Bar No. 13929
       Las Vegas, Nevada 89134                                             6689 Las Vegas Blvd. South, Suite 200
       *Attorneys for Plaintiff*                                                     Las Vegas, Nevada 89119
       *GW Grundbesitz AG*                                                     *Attorneys for Defendants*
                                                                                           *Investments, LLC and Lezlie Gunn,*
                                                                                          *Trustee for A. Investments, LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

MAURICE WOOD
9525 Hillwood Drive, Suite 140
Las Vegas, Nevada 89134
Tel: (702) 463-7616 Fax: (702) 463-6224