Chad C. Butterfield, Esq.
Nevada Bar No. 010532
Harry V. Peetris, Esq.
Nevada Bar No. 006448
Jonathan C. Pattillo, Esq.
Nevada Bar No. 013929
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Chad.Butterfield@wilsonelser.com
Email: Harry.Peetris@wilsonelser.com
Email: Jonathan.Pattillo@wilsonelser.com
*Attorneys for Defendants*
*A. Investments, LLC and Lezlie Gunn,*
*Trustee for A. Investments, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GW GRUNDBESITZ AG, a corporation organized under the laws of the Swiss Confederation,<br><br>Plaintiff,<br><br>vs.<br><br>A. INVESTMENTS, LLC, a dissolved Nevada limited liability company; LEZLIE GUNN, an individual, as trustee for A. INVESTMENTS, LLC,<br><br>Defendants. | Case No. 2:20-cv-00572-JAD-BNW<br><br>**STIPULATION AND ORDER TO CONTINUE SCHEDULED DEADLINES**<br><br>**(Second Request)**<br><br>ECF No. 30 |

Plaintiff GW Grundbesitz AG ("Plaintiff") and Defendants A. Investment, LLC and Lezlie Gunn, as trustee for A. Investments, LLC ("Defendants"), by and through their respective counsel of record, hereby submit this Stipulation and Order to Continue Scheduled Deadlines pursuant to LR IA 6-1 and LR 7-2. On February 18, 2021 Defendants filed a Motion for Summary Judgment (ECF No. 18). The parties entered into a stipulation (ECF No. 26) to continue Plaintiff's response deadline to April 9, 2021 and Defendants reply brief deadline to May 7, 2021. The Court granted this stipulation on March 11, 2021 (ECF No. 27). Plaintiff filed its opposition on time on April 9, 2021 (ECF No. 28).

250536852v.1

Defendants request an extension of an additional fourteen (14) days to file their reply brief, from the current deadline of May 7, 2021 to May 21, 2021. Defendants seek this extension due to an unexpected family matter requiring undersigned counsel for Defendants' attention in California. Additionally, Defendants seek an extension to ensure sufficient time for counsel to collaborate with Defendants in revising and finalizing the reply brief. The requested extension is in good faith and not for purposes of delay or harassment.

DATED this 4th of May, 2021.

MAURICE WOOD

By: /s/ Aaron R. Maurice
Aaron R. Maurice, Esq.
Nevada Bar No. 6412
Brittany Wood, Esq.
Nevada Bar No. 7562
Elizabeth E. Aronson, Esq.
Nevada Bar No. 14472
9225 Hillwood Drive, Suite 140
Las Vegas, Nevada 89134
*Attorneys for Plaintiff
GW Grundbesitz AG*

DATED this 4th of May 2021

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/ Harry v. Peetris
Chad C. Butterfield, Esq.
Nevada Bar No. 010532
Harry V. Peetris, Esq.
Nevada Bar No. 006448
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
*Attorneys for Defendants
A. Investments, LLC and Lezlie Gunn, Trustee for A. Investments, LLC*

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE

Dated: 5/4/2021

250536852v.1