AARON R. MAURICE, ESQ.
Nevada Bar No. 6412
BRITTANY WOOD, ESQ.
Nevada Bar No. 7562
ELIZABETH E. ARONSON, ESQ.
Nevada Bar No. 14472
**MAURICE WOOD**
8250 West Charleston Blvd., Suite 100
Las Vegas, Nevada 89117
Telephone:  (702) 463-7616
Facsimile:  (702) 463-6224
E-Mail:    amaurice@mauricewood.com
           bwood@mauricewood.com
           earonson@mauricewood.com

Attorneys for Judgment Creditor,
GW GRUNDBESITZ AG

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| GW GRUNDBESITZ AG, a corporation organized under the laws of the Swiss Confederation,<br><br>Plaintiff,<br><br>vs.<br><br>A. INVESTMENTS, LLC, a dissolved Nevada limited liability company; LEZLIE GUNN, an individual, as trustee for A. INVESTMENTS, LLC,<br><br>Defendants. | CASE NO. 2:20-CV-00572-JAD-BNW<br><br>**UPDATED NOTICE RE: PROPOSED DATES FOR JUDGMENT DEBTOR EXAMINATION** |

In accordance with this Court's Order Granting Plaintiff, GW Grundbesitz AG's Motion for Order Setting Judgment Debtor Examination Before Magistrate Judge in Accordance with NRS 21.270(1)(a) [ECF No. 59] and the Court's subsequent correspondence with the parties on February 23, 2022, counsel for Plaintiff states as follows:

1. Plaintiff's counsel has met and conferred with Judgment Debtor's counsel as to the Court's proposed dates for the judgement debtor's examination to take place before this Court.

2. The parties have agreed that the judgement debtor's examination may be scheduled to take place on Thursday April 28, 2022, at 12:00 P.M.

3. Plaintiff's counsel estimates that the judgment debtor examination will take approximately two (2) hours.

DATED this  1st  day of March, 2022.

**MAURICE WOOD**

By */s/Aaron R. Maurice*
AARON R. MAURICE, ESQ.
Nevada Bar No. 006412
BRITTANY WOOD, ESQ.
Nevada Bar No. 007562
ELIZABETH E. ARONSON, ESQ.
Nevada Bar No. 14472
8250 West Charleston Blvd., Suite 100
Las Vegas, Nevada 89117

Attorneys for Judgment Creditor,
GW GRUNDBESITZ AG

### ORDER

IT IS ORDERED that ECF No. 62 is GRANTED. Participants will appear in person at noon on 4/28/2022 before Magistrate Judge Brenda Weksler. The Court will provide the participants with the courtroom information closer to the examination date.

**IT IS SO ORDERED**

**DATED:** 9:46 am, March 02, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**