MCNUTT LAW FIRM, P.C.
Daniel R. McNutt, Esq., Bar No. 7815
Matthew C. Wolf, Esq., Bar No. 10801
11441 Allerton Park Drive, #100
Las Vegas, Nevada 89135
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com
*Counsel for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GW GRUNDBESITZ AG, a corporation organized under the law of the Swiss Confederation,<br><br>Plaintiff,<br><br>vs.<br><br>A. INVESTMENTS, LLC, a dissolved Nevada limited liability company; LEZLIE GUNN, an individual, as trustee for A. INVESTMENTS, LLC,<br><br>Defendants. | Case No.: 2:20-cv-00572-JAD-BNW<br><br>**NOTICE OF AVAILABILITY** |

Pursuant to this Honorable Court's order that the judgment debtor examination will be moved to a date in June, counsel have conferred with their clients and can confirm that the examination can proceed at 10:00 a.m. on June 21, 2022.

Accordingly, the Parties would like to confirm that date and time with the Court.

DATED April 11, 2022.

MCNUTT LAW FIRM, P.C.

*/s/ Dan McNutt*
Daniel R. McNutt, Esq., Bar No. 7815
Matthew C. Wolf, Esq., Bar No. 10801
11441 Allerton Park Drive, #100
Las Vegas, Nevada 89135
*Counsel for Defendants*

**ORDER**

IT IS ORDERED that ECF No. 69 is GRANTED. IT IS FURTHER ORDERED that the in-person Judgment Debtor Examination is continued to 6/21/2022 at 10:00 a.m. in LV Courtroom 3B.

IT IS SO ORDERED
DATED: 8:26 am, April 12, 2022

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

1

**CERTIFICATE OF SERVICE**

The undersigned is an employee of McNutt Law Firm, P.C. and certifies that under Fed. R. Civ. P. 5, on April 11, 2022, I served a true and correct copy of **NOTICE OF AVAILABILITY** by mailing a copy by United States Postal Service, postage prepaid, via email, or via electronic mail through the United States District Court's CM/ECF system to the following at their last known address or e-mail:

Aaron Maurice, Esq.
Brittany Wood, Esq.
Elizabeth Aronson, Esq.
MAURICE WOOD
9525 Hillwood Drive, Suite 140
Las Vegas, Nevada 89134
amaurice@mauricewood.com
bwood@mauricewood.com
earonson@mauricewood.com
*Counsel for Plaintiff*

                                                         */s/ Lisa Heller*
                                                       An Employee of McNutt Law Firm, P.C.